

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Real Central Appraisal District and Juan Saucedo, in his official capacity as Chief Appraiser for the Real Central Appraisal District, Appellants

No. 06-24-00075-CV      v.

Real County, Texas, Appellee

Appeal from the 38th District Court of Real County, Texas (Tr. Ct. No. 2023-3845-DC). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellants, Real Central Appraisal District and Juan Saucedo, in his official capacity as Chief Appraiser for the Real Central Appraisal District, pay all costs incurred by reason of this appeal.

RENDERED DECEMBER 10, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk